**ORDERED.**

Dated: August 31, 2023

_Jacob A. Brown_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

KRISTEN ADAMS,

        Debtor.
_____/

Case No.: 3:22-bk-02431-JAB
Chapter 7

## ORDER DISMISSING CASE WITH PREJUDICE

This Case came before the Court for hearing on August 22, 2023, on the *Order to Show Cause why Sanctions Should not be Imposed Against the Debtor* (the "Order to Show Cause").[1] For the reasons set forth by the Court in the separately entered Findings of Fact and Conclusions of Law[2], the Case will be dismissed with prejudice. Accordingly, it is,

**ORDERED:**

1. The Case is *Dismissed with Prejudice for 2 years* from the date of this Order (the "2-Year Bar Period").

---

[1] (Doc. 265).
[2] Defined terms from the separately entered Findings of Fact and Conclusions of Law are incorporated in to this Order by reference.

2. During the 2-Year Bar Period, the Debtor is barred from filing a petition under the Bankruptcy Code in *any* Court in the United States of America. Any such bankruptcy filing shall be null and void and will not cause any stay imposed by 11 U.S.C. § 362 to go into effect.

3. As a condition of the dismissal of this Case, the Debtor is precluded from interfering or taking any action that can be construed as attempting to frustrate Fidus's right to foreclose its Lien under the Judgment on the Sheldrake Property in State Court.

4. The Debtor owes and is required to pay $10,000.00 in administrative fees to the Sub V Trustee. After the expiration of the 2-Year Bar Period, if the Debtor chooses to file a subsequent bankruptcy case, she must submit proof of payment to the Court that the $10,000.00 in administrative fees owed to the Sub V Trustee has been satisfied. The Debtor will not be allowed to file another bankruptcy case unless she is in full compliance with this requirement.

5. All filings to date in this Case that have not been resolved by the Court or withdrawn by the Debtor are stricken.[3]

---

[3] The following pleadings filed by the Debtor will be stricken by the Court: (i) *Motion to Reconvert Case to Chapter 11 SubChapter V under 11 U.S.C. §1112(b) and Request for a Hearing on the Fifth Plan of Reorganization* (Doc. 203); (ii) *Emergency Motion for Mandatory Abstention and Motion for Dismissal and Motion for Expedited Zoom Hearing Due to the Sudden Decline in Health of the Debtor* (Doc. 208); (iii) *Motion Objecting to the Order Granting Fidus Motion to Convert Case to Chapter 7 and Directing Clerk to Convert Case to Chapter 7 and Motion for Rehearing and Reconsideration - Doc. 191 and Motion for Rehearing and Reconsideration of the Order Converting Case from Chapter 11 to Chapter 7 Doc. 192 and Motion for Expedited Dismissal of Her Case* (Doc. 216); (iv*) Notice of Inability to Attend Hearings in Person With Doctors Note Attached and Renewed Motion for Dismissal Under 707(b)* (Doc. 246); (v) *Renewed Motion for Dismissal With Prejudice, and Apology and Explanation to the Court Regarding the July 18, 2023 Hearing* (Doc. 249); and (vi) *Notice of This Court Lacking Subject Matter Jurisdiction in Determining the Matter of the Secured Status of the Fidus Lien and Demand that Judge Brown Recognize the State Court Order Denying Fidus Post Judgment Attorney Fees and Supplemental Motion for Recusal Based Upon Prejudice, Bias and*

6. If the Debtor wishes to take any further action in this Case, she is restricted from doing so on a *pro se* basis and must retain counsel who is licensed to practice in the Middle District of Florida Bankruptcy Court.

7. Any future filings in this Case by the Debtor without the signature of counsel licensed to practice in the Middle District of Florida Bankruptcy Court will be stricken without further notice or hearing.

8. On August 29, 2023, the District Court for the Middle District of Florida entered an order dismissing the Debtor's appeal in Case No. 3:23-cv-728-TJC (the "Order Dismissing").[4] The Order Dismissing was entered pursuant to the Debtor's Motion to Withdraw/Cancel Appeal(s) and Any Other Pending Pleadings Concerning Judge Brown.[5] Upon review, the Court will issue a refund check to the Debtor for the appeal filing fee she paid on July 10, 2023, in the amount of $298.00.

Clerk's Office to Serve.

---

*Illegal Unethical and Immoral Actions of This Court and Disregard for State and Federal Law* (Doc. 255).
[4] (Case No. 3:23-cv-728-TJC, Doc. 13).
[5] (*Id.* at Doc. 12).